479 A.2d 1137

Richards-Ensign Surgical, Appellant, v. Richards Mfg.

Petition for Allowance of Appeal
Granted Jan. 9, 1985.

Argued February 9, 1984. Chester S. Fossee, and David A. Scotti, for appellant; Ann McClure, for appellee.

Before BROSKY, OLSZEWSKI and JOHNSON, JJ.

Judgment affirmed.

481 A.2d 363

Rinier, Jr. et al., Appellant, v. Mazurkiewicz, et al.

Reargument Denied Sept. 18, 1984.

Petition for Allowance of Appeal
Denied Feb. 12, 1984.

Argued February 16, 1984. Richard G. Fishman, for appellant; Gregory R. Neuhauser, for appellee.

Before CAVANAUGH, CIRILLO and WATKINS, JJ.

Order affirmed.